UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO

RECEIVED
JAN 22 2008
Jan 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## PRISONER CIVIL RIGHTS COMPLAINT

| (Plaintiff's Information) | vs. | (Defendant's Information) |
|---|---|---|
| Mr. Andrew Gross III<br>#28240-039<br>P.O. Box # 33<br>Terre Haute, Indiana 47808-0033 | | Michael B. Mukasey<br>U.S. Department of Justice<br>U.S. Attorney General<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001<br><br>Stephen J. Murphy<br>United States Attorney<br>211 W. Fort Street Ste# 2001<br>Detroit, Michigan 48226<br>313-226-9707<br><br>Jennifer M. Gorland<br>Assistant U.S. Attorney<br>211 W.Fort Street Ste# 2001<br>Detroit, Michigan 48226<br>313-226-9707 |

08CV460
JUDGE COAR
MAG. JUDGE SCHENKIER

---

(1) This case is brough pursuant to Title 28 U.S.C. § 1331 and **Bivens v. Six Unkown Named Agents of Federal Bureau of Narcotics**, 403 U.S. 388 (1971).

(2) Plaintiff is suing defendant's for Monetary damages, in Both Capacities.

### SWORN STATEMENT OF FACTS

(1) Michael B. Mukasey, violated my first and fourteenth Amendment Rights to the United States Constitution.

(2) Stephen J. Murphy, violated my first and fourteenth Amendment Rights to the United States Constitution.

(3) Jennifer M. Gorland, violated my first and fourteenth Amendment Rights to the United States Constitution.

This __14__ day of __January__ 2008.         _____
                                             Mr. Andrew Gross III-Plaintiff

(1)

## STATEMENT OF COMPLAINT

On or about October 15, 2002, Plaintiff, appeared for the first day of trial, and plead guilty, without the benefit of a Rule 11 plea agreement, However" Plaintiff plead guilty to a single count, indictment count # 11, at the sentencing hearing, the government agreed to dismiss the remaning counts. Plaintiff agreed to only the conduct within count # 11 which was a $7,300 loss amount (SEVEN THOUSAND THREE HUNDRED DOLLARS) Yet, the district court, has placed a Huge burden on the plaintiff, and the plaintiff's family By extending his prison sentence, simply because the plaintiff cannot afford to pay his Restitution and fines in the Amount of $341,527.26 (Three Hundred fourty One Thousand five hundred twenty seven dollars twenty six cents.)

All the defendants used the Restitution amount of $341,527,26 and $1,000,000,00 dollars, to calculate Plaintiffs guidelines sentence, violating, the plaintiffs due process rights, by extending plaintiffs prison sentence for failure to pay his restitution and fines.

All the defendants violated plaintiffs First Amendment Rights and Fourteenth Amendment Rights to the United States Constitution by impermissible discriminating, which has denied and violated the Plaintiff's equal protection clause of the fourteenth Amendment, as well as the first Amendment Due Process clause. Plaintiff argues that the single count in which he pleaded guilty exceeds the aggregate total amount of restitution ordered, of an indigent prisoner which exceeded the maximum amount of the conduct by statute of 3663(a) governing the offense of conviction involved which led the plaintiff to receive an unlawful restitution order.

I declare under penalty of perjury that the foregoing is true and correct. This __14__ day of __January__ 2008.

STATE OF INDIANA )
TERRE HAUTE     )     _Mr. Andrew Gross III_ Plaintiff
County of Vigo  )
                      _Mary Ellen Collins_ 1/13/2008
                      Notary Public
                      Com. exp. 03/22/2008

(2)

## RELIEF REQUESTED

I want the Court to consider the single count, to which I plead guilty as the Supreme Court stated in <u>Hughey v. United States</u>, 495 U.S. 411, 420 110 S.Ct. 1979 109 L.Ed 2d 408 (1990). See: <u>United States v. Gordon</u>, 480 F.3d 1205 (10th cir. 2007). I want the same relief as this Court held because I should only be ordered restitution in the amount of loss from the single count to which I pleaded guilty. I want my sentenced vacated as the Seventh Circuit held in <u>United States v. Flood</u>, 965 F.2d 505 (7th cir. 1992).
Plaintiff has been damaged in the amount of 48 million U.S. Dollars.

    **WHEREFORE:)** The plaintiff prays judgement against the defendants and each of them, in the amount of 24 million U.S. Dollars, in U.S. funds and because of the acts of the defendants were wanton and willful the plaintiff prays for an award of punitive damages in the amount of $288 million dollars in U.S. funds and all his cost herein expended and for an allowance for reasonable attorney's fees and for such other and further relief as to the court shall deem Just and proper in the premises. **Plaintiff demands trial by Jury!**

    I declare under penalty of perjury that the foregoing is true and correct.

    This ___14___ day of __January__ 2008.

    */s/ Andrew Gross III*
    Mr. Andrew Gross III-Plaintiff
    #28240-039
    F.C.I. Terre Haute
    P.O. Box # 33
    Terre Haute, Indiana 47808-0033

## CERTIFICATE OF SERVICE

I Mr. Andrew Gross III, Plaintiff, hereby certify that I mailed a true and correct copy of my Prisoner Civil Rights Complaint, to the Clerk of the United States District Court, Northern District of Illinois Chicago clerks's office for filing by placing same in a sealed pre-paid envelope addressed to the following:

To: Michael W. Dobbins
United States District Court
Northern District of Illinois
Chicago
2044 Dirksen Bldg
219 S. Dearborn Street
Chicago, Il 60604
312-435-5670

Respectfully Submitted

*Mr. Andrew Gross*

Mr. Andrew Gross III Plaintiff
#28240-039
P.O. Box # 33
Terre Haute, Indiana 47808-0033

To: United States Department of Justice
Michael B. Mukasey
U.S. Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

To: Stephen J. Murphy
United States Attorney
211 W. Fort Street Suit 2001
Detroit, Michigan 48226

To: Jennifer M. Gorland
Assistant U.S. Attorney
211 W. Fort Street Suit 2001
Detroit, Michigan 48226
313-226-9707