PRISONER CASE

08CV460
JUDGE COAR
MAG. JUDGE SCHENKIER

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

## Civil Cover Sheet

FILED
JAN 2 2 2008
Jan 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| **Plaintiff(s):** ANDREW GROSS III | **Defendant(s):** MICHAEL B. MUKASEY, etc., et al. |
|---|---|
| **County of Residence:** US, Outside the State of IL | **County of Residence:** |
| **Plaintiff's Address:**<br>Andrew Gross III<br>#28240-039<br>Terre Haute - FCI<br>P.O. Box 33<br>Terre Haute, IN   47808 | **Defendant's Attorney:**<br>AUSA<br>United States Attorney's Office<br>219 South Dearborn Street<br>Chicago, IL  60604 |

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 28:1331b

**Jury Demand:** [✓] Yes  [ ] No

**Signature:** A. E. Woodham   **Date:** 1/22/2008