**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Andrew Gross III
                               Plaintiff,

v.                                                        Case No.: 1:08−cv−00460
                                                        Honorable David H. Coar

Michael B. Mukasey, et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 21, 2008:

      MINUTE entry before Judge David H. Coar :MOTION by Plaintiff Andrew Gross, III for summary judgment and relief pursuant to Fed.Rules.Civil.Proc.56(a) and 60(a). ([4] is denied. Parties are advised to review the Local Rules and this Court's standing orders, both are on the web.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.