## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | DAVID H. COAR | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0460 | **DATE** | April 21, 2008 |
| **CASE TITLE** | Andrew Gross III (#28240-039) v. Michael Mukasey, et al. | | |

**DOCKET ENTRY TEXT:**

By Minute Order of February 27, 2008, the court denied the plaintiff's motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g) and ordered him to pay the full $350 filing fee. Although forewarned of the consequences, the plaintiff has failed to remit the required statutory filing fee as directed. The complaint is accordingly dismissed and the case is terminated. However, having brought this action, the plaintiff nevertheless remains obligated to pay the full filing fee. *See* 28 U.S.C. §1915(b)(1); *Sloan v. Lesza*, 181 F.3d 857, 859 (7th Cir. 1999). Before pursuing any future litigation, the plaintiff must pay any outstanding fees.

■ **[For further details see text below.]**                                    **Docketing to mail notices.**

mjm